■ In the Matter of PORT AUTHORITY OF NEW YORK AND NEW JERSEY, Appellant, v THE UNION OF AUTOMOTIVE TECHNICIANS, Respondent. [10 NYS3d 429]—Judgment, Supreme Court, New York County (Milton A. Tingling, J.), entered May 13, 2014, to the extent appealed from as limited by the briefs, modifying an arbitration award dated July 24, 2012, to rule that the E-Z

Pass benefit is a vested lifetime benefit available to members of respondent who retired from petitioner's employment under the parties' 2006-2011 Memorandum of Agreement, unanimously affirmed, without costs.

In light of our disposition of previous appeals raising the same issue, Supreme Court reached the right result in this matter (see e.g. Matter of Port Auth. of N.Y. & N.J. v Local Union No. 3, Intl. Bhd. of Elec. Workers, 117 AD3d 424 [1st Dept 2014], lv denied 24 NY3d 916 [2015]; Matter of Port Auth. of N.Y. & N.J. v Port Auth. Police Lieutenants Benevolent Assn., 124 AD3d 473 [1st Dept 2015]; Matter of Port Auth. of N.Y. & N.J. v Port Auth. Police Sergeants Benevolent Assn., 124 AD3d 475 [1st Dept 2015]). Concur—Mazzarelli, J.P., Sweeny, Andrias, Saxe and Richter, JJ.